AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

Stephen Bailey

                                                                          **JUDGMENT IN A CIVIL CASE**

v.

Richard Morgan

                                                          CASE NUMBER: CV-05-5070-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Habeas Corpus Petition is DISMISSED WITH PREJUDICE. This file is closed.

12/14/07
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson